

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00061-CV

**BRIDGET MOON,**

                                            **Appellant**

 **v.**

**BC MATERIALS, LLC,**

                                            **Appellee**

---

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 99871

---

## MEMORANDUM OPINION

---

Appellant, Bridget Moon, has filed an unopposed motion to dismiss this appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal does not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed with prejudice.


                                            JOHN E. NEILL
                                            Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Motion granted; appeal dismissed with prejudice
Opinion delivered and filed April 15, 2020
[CV06]
[RWR]

